**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: MEZA, DAVID § | Case No. 09-49023-BWB |
| MEZA, JULIETA § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

    The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
    219 S DEARBORN STREET
    7TH FLOOR
    CHICAGO, IL  60604

    Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 09/02/2011 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  08/02/2011        By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                        Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MEZA, DAVID | § | Case No. 09-49023-BWB |
| MEZA, JULIETA | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,000.71 |
| *and approved disbursements of* | $ 4.44 |
| *leaving a balance on hand of* [1] | $ 5,996.27 |

**Balance on hand:** $ 5,996.27

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 5,996.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 850.00 | 0.00 | 850.00 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 900.00 | 0.00 | 900.00 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 36.26 | 0.00 | 36.26 |

Total to be paid for chapter 7 administration expenses: $ 1,786.26
Remaining balance: $ 4,210.01

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,210.01

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,210.01

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 210,397.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 13,319.36 | 0.00 | 266.51 |
| 2 | Chase Bank USA, N.A. | 3,084.91 | 0.00 | 61.73 |
| 3 | Chase Bank USA, N.A. | 1,547.90 | 0.00 | 30.97 |
| 4 | PYOD LLC its successors and assigns as assignee of Citibank | 14,150.59 | 0.00 | 283.14 |
| 6 | Fia Card Services, NA/Bank of America | 24,411.78 | 0.00 | 488.46 |
| 7 | Marlin Leasing Corporation | 3,882.87 | 0.00 | 77.69 |
| 8 | RODOLFO MEDRANO | 150,000.00 | 0.00 | 3,001.37 |

Total to be paid for timely general unsecured claims: $ 4,209.87
Remaining balance: $ 0.14

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.14

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.14

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                             Case No. 09-49023-BWB
Julieta Mesa                                                       Chapter 7
David Mesa
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: gbeemster              Page 1 of 2                   Date Rcvd: Aug 03, 2011
                              Form ID: pdf006              Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2011.
db/jdb        +Julieta Mesa,   David Mesa,   907 Mission Blvd,   Joliet, IL 60436-9716
aty           +Ariane Holtschlag,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
                Orland Park, IL 60462-3760
aty           +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
                Orland Park, IL 60462-3760
aty           +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
                Orland Park, IL 60462-3760
tr            +Thomas B Sullivan,   Grochocinski, Grochocinski & Lloyd Ltd.,   1900 Ravinia Place,
                Orland Park, IL 60462-3760
14900625      +BANK OF AMERICA,   PO BOX 17054,   WILMINGTON  DE 19850-7054
14900626      +BRUMMUND  JACOBS HAMMEL DAVI,   58 EAST CLINTON STREET,   SUITE 200,   JOLIET  IL 60432-4134
14900627      +CHASE,   PO BOX 15298,   WILMINGTON  DE 19850-5298
14900628       CHASE,   PO BOX 15153,   WILMINGTON  DE  19886-5153
14900629      +CHASE,   PO BOX 15153,   WILMINGTON  DE 19850-5153
14900630       CHASE,   PO BOX 9001022,   LOUISVILLE  KY  40290-1022
15287208       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14900633      +JLM PLASTICS CORP,   1012 COLLINS STREET,   JOLIET  IL 60432-1215
15367446      +JPMorgan Chase Bank NA,   528 South Main St OH2-5170,   Akron OH 44311-1058
14900636      +JULIETA MESA,   DAVID MESA,   907 MISSION BLVD,   JOLIET  IL 60436-9716
14900634      +MARIA MESA,   5953 W 89TH STREET,   OAK LAWN  IL 60453-1106
14900635       MARLIN LEASING,   PO BOX 13604,   PHILADELPHIA  PA  19101-3604
15597519      +Marlin Leasing Corporation,   300 Fellowship Road,   Mount Laurel, NJ 08054-1727
15300304      +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
                PO Box 19008,   Greenville, SC 29602-9008
14900637      +RODOLFO MEDRANO,   Thomas A Christensen,   Huck Bouma PC,   1755 S Naperville Road,
                Wheaton, IL 60189-5844
14900638      +SEARS/CBSD,   PO BOX 6189,   SIOUX FALLS  SD 57117-6189
14900639      +THOMAS CHRISTENSEN,   ATTORNEY AT LAW,   1755 S NAPERVILLE RD  STE 200,   WHEATON  IL 60189-5844
14900640      +UNVL/CITI,   PO BOX 6241,   SIOUX FALLS  SD 57117-6241
14900641      +WELLS FARGO,   PO BOX 29704,   PHOENIX AZ 85038-9704
14900644     ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,   ATTN BANKRUPTCY DEPT,
                MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
              (address filed with court: WELLS FARGO HM MORTGAG,   8480 STAGECOACH CIR,   FREDERICK  MD  21701)
14900642      +WELLS FARGO BANK NA,   PO BOX 31557,   BILLINGS  MT 59107-1557
14900643      +WELLS FARGO FINANCIAL CARDS,   3201 N 4TH AVE,   SIOUX FALLS  SD 57104-0700
14900645      +WESTGATE RESORTS,   2801OLD WINTER GARDER ROAD,   OCOEE  FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: stuhr_drell@earthlink.net Aug 04 2011 00:39:53     George M Stuhr,   Stuhr & Drell,
                54 N Ottawa St - Ste 200,   Joliet, IL 60432-4351
15511383       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 04 2011 01:27:29
                Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
                Oklahoma City, OK  73124-8809
14900632       E-mail/Text: stuhr_drell@earthlink.net Aug 04 2011 00:39:52     GEORGE M  STUHR,
                54 NORTH OTTAWA STREET,   SUITE 200,   JOLIET  IL  60432-4351
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14900631      DONALD ADAMS
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: gbeemster            Page 2 of 2            Date Rcvd: Aug 03, 2011
                              Form ID: pdf006            Total Noticed: 31

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2011**                    **Signature:**    *Joseph Speetjens*