**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:  MEZA, DAVID                             §    Case No. 09-49023-BWB
       MEZA, JULIETA                       §
                                                                 §
Debtor(s)                                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $25,685.00<br>*(without deducting any secured claims)* | Assets Exempt: $92,597.63 |
| Total Distribution to Claimants: $4,210.05 | Claims Discharged<br>Without Payment: $206,187.36 |
| Total Expenses of Administration: $1,790.70 | |

    3) Total gross receipts of $ 6,000.75 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,000.75 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $58,667.06 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,790.76 | 1,790.70 | 1,790.70 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 210,397.41 | 210,397.41 | 4,210.05 |
| **TOTAL DISBURSEMENTS** | $0.00 | $271,855.23 | $212,188.11 | $6,000.75 |

    4) This case was originally filed under Chapter 7 on December 29, 2009. The case was pending for 23 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/08/2011          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 GMC ENVOY | 1124-000 | 6,000.00 |
| Interest Income | 1270-000 | 0.75 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.75** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | JPMorgan Chase Bank NA | 4110-000 | N/A | 58,667.06 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$58,667.06** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 1,350.06 | 850.00 | 850.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 1,400.00 | 900.00 | 900.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 36.26 | 36.26 | 36.26 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 4.44 | 4.44 | 4.44 |

**UST Form 101-7-TDR (10/1/2010)**

| | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 2,790.76 | 1,790.70 | 1,790.70 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | N/A | 13,319.36 | 13,319.36 | 266.52 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 3,084.91 | 3,084.91 | 61.73 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 1,547.90 | 1,547.90 | 30.97 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 14,150.59 | 14,150.59 | 283.15 |
| 6 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 24,411.78 | 24,411.78 | 488.48 |
| 7 | Marlin Leasing Corporation | 7100-000 | N/A | 3,882.87 | 3,882.87 | 77.70 |
| 8 | RODOLFO MEDRANO | 7100-000 | N/A | 150,000.00 | 150,000.00 | 3,001.50 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 210,397.41 | 210,397.41 | 4,210.05 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-49023-BWB  
**Case Name:** MEZA, DAVID  
  MEZA, JULIETA  
**Period Ending:** 12/08/11

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 12/29/09 (f)  
**§341(a) Meeting Date:** 02/04/10  
**Claims Bar Date:** 06/04/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 907 MISSION BLVD. JOLIET, IL | 203,000.00 | 0.00 |  | 0.00 | FA |
| 2 | WESTGATE RESORTS, OCOCE FL | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | CHECKING ACCOUNTS | 4,731.01 | 0.00 |  | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 600.00 | 0.00 | DA | 0.00 | FA |
| 5 | TERM LIFE INS | 0.00 | 0.00 |  | 0.00 | FA |
| 6 | COLLEGE CHOICE SAVINGS PLAN | 2,671.62 | 0.00 |  | 0.00 | FA |
| 7 | IRA | 39,220.25 | 0.00 |  | 0.00 | FA |
| 8 | TEACHER'S RETIREMENT | 29,215.76 | 0.00 |  | 0.00 | FA |
| 9 | STOCK - GLOBAL INTERNATIONAL GRANITE INC | 10.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2003 IMPALA | 1,200.00 | 0.00 |  | 0.00 | FA |
| 11 | 2003 KENWORTH T2000 TRACTOR | 10,075.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2005 GMC ENVOY | 10,750.00 | 0.00 |  | 6,000.00 | FA |
| 13 | FORK LIFT | 6,791.51 | 0.00 |  | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 0.75 | FA |
| 14 | Assets Totals (Excluding unknown values) | **$323,265.15** | **$0.00** |  | **$6,000.75** | **$0.00** |

**Major Activities Affecting Case Closing:**

COLLECTING PAYMENTS FROM DEBTOR REGARDING INTEREST IN 2000 ENVOY

**Initial Projected Date Of Final Report (TFR):** March 30, 2011   **Current Projected Date Of Final Report (TFR):** August 2, 2011 (Actual)

Printed: 12/08/2011 10:25 AM  V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-49023-BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| **Case Name:** | MEZA, DAVID | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | MEZA, JULIETA | | **Account:** | ***-*****88-65 - Money Market Account |
| **Taxpayer ID #:** | **-***2446 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 12/08/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/13/10 | {12} | DAVID MEZA | SETTLEMENT PAYMENT | 1124-000 | 500.00 | | 500.00 |
| 04/20/10 | | Wire out to BNYM account 9200******8865 | Wire out to BNYM account 9200******8865 | 9999-000 | -500.00 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -500.00 | 0.00 | |
| | | | **Subtotal** | | 500.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$500.00** | **$0.00** | |

{} Asset reference(s)                                                                                           Printed: 12/08/2011 10:25 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-49023-BWB  
**Case Name:** MEZA, DAVID  
　　　　　　　MEZA, JULIETA  
**Taxpayer ID #:** **-***2446  
**Period Ending:** 12/08/11

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****88-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 12/08/2011 10:25 AM　　V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-49023-BWB  
**Case Name:** MEZA, DAVID  
MEZA, JULIETA  
**Taxpayer ID #:** **-***2446  
**Period Ending:** 12/08/11

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******88-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8865 | Wire in from JPMorgan Chase Bank, N.A. account ********8865 | 9999-000 | 500.00 | | 500.00 |
| 04/29/10 | {12} | DAVID & JULIETA MEZA | SETTLEMENT PAYMENT | 1124-000 | 500.00 | | 1,000.00 |
| 05/21/10 | {12} | DAVID MEZA | SETTLEMENT PAYMENT | 1129-000 | 500.00 | | 1,500.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,500.05 |
| 06/30/10 | {12} | DAVID MEZA | SETTLEMENT PAYMENT | 1129-000 | 500.00 | | 2,000.05 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.06 | | 2,000.11 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.09 | | 2,000.20 |
| 08/02/10 | {12} | DAVID & MEZA | SETTLEMENT PAYMENT | 1129-000 | 500.00 | | 2,500.20 |
| 08/20/10 | {12} | JULIETTA MEZA | SETTLEMENT PAYMENT | 1129-000 | 500.00 | | 3,000.20 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.10 | | 3,000.30 |
| 09/22/10 | {12} | DAVID MEZ | SETTLEMENT PAYMENT | 1129-000 | 500.00 | | 3,500.30 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,500.32 |
| 10/15/10 | {12} | JULIETA MEZA | SETTLEMENT PAYMENT | 1129-000 | 500.00 | | 4,000.32 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,000.34 |
| 11/16/10 | {12} | DAVID MEZA | SETTLEMENT PAYMENT | 1129-000 | 500.00 | | 4,500.34 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,500.37 |
| 12/30/10 | {12} | DAVID MEZA | SETTLEMENT PAYMENT | 1129-000 | 500.00 | | 5,000.37 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,000.40 |
| 01/20/11 | {12} | JULIETA MEZA | SETTLEMENT PAYMENT | 1129-000 | 500.00 | | 5,500.40 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,500.44 |
| 02/15/11 | 11001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-49023, Bond# 016026455 | 2300-000 | | 4.44 | 5,496.00 |
| 02/22/11 | {12} | DAVID MEZA | SETTLEMENT PAYMENT | 1129-000 | 500.00 | | 5,996.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,996.04 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 5,996.09 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,996.13 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 5,996.18 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,996.22 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 5,996.27 |
| 08/29/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 5,996.31 |
| 08/29/11 | | To Account #9200******8866 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 5,996.31 | 0.00 |

Subtotals : $6,000.75 $6,000.75

{} Asset reference(s)

Printed: 12/08/2011 10:25 AM V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-49023-BWB  
**Case Name:** MEZA, DAVID  
MEZA, JULIETA  
**Taxpayer ID #:** **-***2446  
**Period Ending:** 12/08/11

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******88-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 6,000.75 | 6,000.75 | $0.00 |
| | | | Less: Bank Transfers | | 500.00 | 5,996.31 | |
| | | | **Subtotal** | | **5,500.75** | **4.44** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,500.75** | **$4.44** | |

{} Asset reference(s)

Printed: 12/08/2011 10:25 AM V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 09-49023-BWB
**Case Name:** MEZA, DAVID
             MEZA, JULIETA
**Taxpayer ID #:** **-***2446
**Period Ending:** 12/08/11

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******88-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/29/11 | | From Account #9200******8865 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 5,996.31 | | 5,996.31 |
| 09/07/11 | 10101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $850.00, Trustee Compensation; Reference: | 2100-000 | | 850.00 | 5,146.31 |
| 09/07/11 | 10102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $900.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 900.00 | 4,246.31 |
| 09/07/11 | 10103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $36.26, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 36.26 | 4,210.05 |
| 09/07/11 | 10104 | Chase Bank USA, N.A. | Dividend paid 2.00% on $13,319.36; Claim# 1; Filed: $13,319.36; Reference: | 7100-000 | | 266.52 | 3,943.53 |
| 09/07/11 | 10105 | Chase Bank USA, N.A. | Dividend paid 2.00% on $3,084.91; Claim# 2; Filed: $3,084.91; Reference: | 7100-000 | | 61.73 | 3,881.80 |
| 09/07/11 | 10106 | Chase Bank USA, N.A. | Dividend paid 2.00% on $1,547.90; Claim# 3; Filed: $1,547.90; Reference: | 7100-000 | | 30.97 | 3,850.83 |
| 09/07/11 | 10107 | PYOD LLC its successors and assigns as assignee of Citibank | Dividend paid 2.00% on $14,150.59; Claim# 4; Filed: $14,150.59; Reference: | 7100-000 | | 283.15 | 3,567.68 |
| 09/07/11 | 10108 | Fia Card Services, NA/Bank of America | Dividend paid 2.00% on $24,411.78; Claim# 6; Filed: $24,411.78; Reference: | 7100-000 | | 488.48 | 3,079.20 |
| 09/07/11 | 10109 | Marlin Leasing Corporation | Dividend paid 2.00% on $3,882.87; Claim# 7; Filed: $3,882.87; Reference: | 7100-000 | | 77.70 | 3,001.50 |
| 09/07/11 | 10110 | RODOLFO MEDRANO | Dividend paid 2.00% on $150,000.00; Claim# 8; Filed: $150,000.00; Reference: | 7100-000 | | 3,001.50 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 5,996.31 | 5,996.31 | $0.00 |
| Less: Bank Transfers | | 5,996.31 | 0.00 | |
| Subtotal | | 0.00 | 5,996.31 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $5,996.31 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****88-65 | 500.00 | 0.00 | 0.00 |
| Checking # ***-*****88-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******88-65 | 5,500.75 | 4.44 | 0.00 |
| Checking # 9200-******88-66 | 0.00 | 5,996.31 | 0.00 |
| | $6,000.75 | $6,000.75 | $0.00 |

{} Asset reference(s)

Printed: 12/08/2011 10:25 AM  V.12.57